# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRAVIS CLARK,**

    Plaintiff,

    v.                                                Case No. 22-CV-197

**JACOB GRIPENTROG,** *et al.,*

    Defendants.

## ORDER

On January 3, 2023, plaintiff Travis Clark, who is incarcerated and representing himself, filed a motion to obtain evidence. (ECF No. 23.) Clark states that he has tried several times to obtain body camera footage from the defendants. Considering the content of the motion, the court construes the motion as a motion to compel.

The defendants, in response, state first that Clark did not comply with Federal Rule of Civil Procedure 37(a)(1), which requires the parties to meet and confer regarding discovery disputes prior to bringing a motion to compel. The defendants also state that on February 24, 2023, they provided all relevant video footage they had in their possession, noting that Clark may make an appointment with his institution's litigation coordinator to view the footage. (ECF No. 28 at 2.) The defendants contend that Clark's motion is now moot.

The court agrees. It appears the defendants have complied with Clark's requests and provided all video footage in their possession. As such, the court will deny Clark's motion as moot.

**IT IS HEREBY THEREFORE ORDERED** that Clark's motion to compel (ECF No. 23) is **DENIED as moot**.

Dated at Milwaukee, Wisconsin this 5th day of May, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge