**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**TRAVIS CLARK,**

Plaintiff,

**v.** **Case No. 22-CV-197**

**JACOB GRIPENTROG, *et al.*,**

Defendants.

---

**ORDER**

---

On August 17, 2026, Travis Clark, who is incarcerated and representing himself, filed a request asking for copies of all the filings in this case. (ECF No. 43.) On August 18, 2026, the Clerk of Court's office sent Clark a letter with a copy of the docket sheet and informed him that any additional copies will cost $0.10 per page. (ECF No. 43-2.) On August 26, 2026, Clark filed a motion requesting the court allow him to pay for the copies out of his release account. (ECF No. 44.)

The Prison Litigation Reform Act (PLRA) requires a court to collect fees from a "prisoner's account." 28 U.S.C. § 1915(b). The term "prisoner's account" encompasses both a prisoner's release account and his general account. *Spence v. McCaughtry*, 46 F. Supp. 2d 861, 862 (E.D. Wis. 1999). "A release account is a restricted account maintained by the Wisconsin Department of Corrections to be used upon the prisoner's release from custody upon completion of his sentence." *Wilson v.*

*Anderson*, Case No. 14-C-798, 2014 WL 3671878 at *3 (E.D. Wis. July 23, 2014) (citing Wis. Adm. Code § DOC 309.466). Given the purpose of the release account, federal courts do not deem it prudent to focus on that account as the source of funds to satisfy the filing fee payment requirements. *Smith v. Huibregtse*, 151 F. Supp. 2d 1040, 1042 (E.D. Wis. 2001). Generally, the only exception to this is allowing prisoners to pay initial partial filing fees out of their release account. *Doty v. Doyle*, 182 F. Supp. 2d 750, 752 (E.D. Wis. 2002).

In this vein, general litigation costs should also not be paid from the release account. This includes fees for copying, even if the cost of copying is minimal. *Beacon v. Dittman*, Case No. 14-cv-136, 2017 WL 375644 at *2 (E.D. Wis. Jan. 26, 2017). Allowing Clark to use his release account essentially as a back-up litigation fund would deplete it and undermine the purpose of the release account.

The court notes that Clark received a docket sheet. One way to keep copy costs down would be to review the docket sheet and request from the Clerk's office only those documents that would be helpful to him.

**IT IS THEREFORE ORDERED** that Clark's motion to allow payment from his release account (ECF No. 44) is **DENIED**.

Dated at Milwaukee, Wisconsin this 28th day of August, 2026.

BY THE COURT:

Nancy Joseph

______________________________

NANCY JOSEPH
United States Magistrate Judge